IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **LUWEI LEI,**<br>***Plaintiffs,***<br><br>***v.***<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; MARKWAYNE MULLIN1, Secretary of Homeland Security; JOSEPH EDLOW, Director of United States Citizenship and Immigration Services; and TODD BLANCHE, Acting Attorney General of the United States,**<br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **NO. 1:26-CV-00666-ADA-DH** |

## ORDER

On May 28, 2026, Plaintiff submitted a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 8. Plaintiff dismissed the action voluntarily, citing Rule 41(a)(1)(A)(i), before Defendant filed an answer or motion for summary judgment. This unilateral dismissal requires no judicial action and is effective automatically upon filing. *See Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Plaintiff's action is therefore **DISMISSED WITHOUT PREJUDICE.** Accordingly, as nothing remains to resolve, this case is now **CLOSED**. Therefore, the Clerk's Office is directed to **CLOSE** this case.

**SIGNED ON JUNE 1, 2026.**

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE